Entered: July 18th, 2024
Signed: July 18th, 2024
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>**WOODFIEL RD, LLC,**<br><br>Debtor. | Case Number: 24-15941-MCR<br>(Chapter 11) |

## ORDER REQUIRING DEBTOR TO DISCLOSE RELATIONSHIPS

On July 15, 2024, Woodfield Rd, LLC (the "Debtor") filed a Chapter 11 Voluntary Petition [Dkt. No. 1] (the "Petition"), thereby commencing this bankruptcy case. In response to question number 10 on the Petition, which asks if there are any bankruptcy cases pending or being filed by a business partner or affiliate of the debtor, the Debtor responded "No." The Court is aware that on May 29, 2024, ten (10) limited liability companies (the "DC Debtors") filed bankruptcy cases in the United States Bankruptcy Court for the District of Columbia (together, the "DC Bankruptcy Cases").[1] The Court questions whether the DC Debtors are

---

[1] *See In re 1416 EASTERN AVE NE LLC*, Case No. 24-180-ELG; *In re 945 LONGFELLOW ST NW LLC*, Case No. 24-181-ELG; *In re 2501 NAYLOR RD SE LLC*, Case No. 24-182-ELG; *In re 4303-13 WHEELER RD SE LLC*, Case No. 24-183-ELG; *In re 4263 6TH ST SE APARTMENTS LLC*, Case No. 24-184-ELG; *In re 4935 NHB AVE NE LLC*, Case No. 24-185-ELG; *In re 3968 MLK LLC*, Case No. 24-186-ELG; *In re 4010 9TH ST SE LLC*, Case No. 24-187-ELG; *In re 2440 S ST SE LLC*, Case No. 24-188-ELG; and *In re 4400 HUNT PL NE LLC*, Case No. 24-189-ELG.

affiliated with the Debtor and whether the Debtor was required to disclose the DC Bankruptcy Cases on the Petition in response to question number 10.

Accordingly, it is by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that by **July 31, 2024**, the Debtor shall file a statement disclosing any direct or indirect relationship between the Debtor and any of the DC Debtors, including but not limited to any common owners, officers, directors, and/or persons in control and any familial relationship among any owners, officers, directors, and/or persons in control.

cc: Debtor
 Debtor's Counsel
 United States Trustee

**END OF ORDER**